SEALED BY ORDER OF THE COURT

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☒ INFORMATION   ☐ INDICTMENT
☐ SUPERSEDING

### OFFENSE CHARGED

18 U.S.C. § 1349: Conspiracy to Commit Wire Fraud

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:   Maximum prison: 20 years
Maximum supervised release: 3 years
Fine: $250,000 or twice the gross gain
Restitution: in an amount determined by the Court
Special assessment: $100

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S**

▶ Jagmeet Singh Virk

DISTRICT COURT NUMBER

**CR 20-00299-LHK (VKD)**

### PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)

Special Agent Chad Warren, FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   AUSA Daniel Kaleba

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   AUSA Daniel Kaleba

**DEFENDANT**

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

☐ Federal   ☐ State

Has detainer been filed?   ☐ Yes   ☐ No   If "Yes" give date filed _____

**DATE OF ARREST** ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶   Month/Day/Year

**FILED**
Jul 22 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

Bail Amount: _____

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time: July 30, 2020   Before Judge: MAG

Comments: The parties request the Initial Appearance be scheduled under seal on July 30, 2020 before the duty magistrate

FILED

Jul 22 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

SEALED BY ORDER OF THE COURT

DAVID L. ANDERSON (CABN 149604)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

  v.

JAGMEET SINGH VIRK,

      Defendant.

)
)
)
)
)
)
)
)
)
)
)

CASE NO. CR 20-00299-LHK (VKD)

VIOLATION: 18 U.S.C. § 1349 – Conspiracy to Commit Wire Fraud

SAN JOSE VENUE

**UNDER SEAL**

I N F O R M A T I O N

The United States Attorney charges:

      Between on or about March 2014 through the present, in Santa Clara County, in the Northern District of California, and elsewhere, the defendant,

JAGMEET SINGH VIRK,

and others known and unknown, did knowingly and intentionally conspire and agree together and with each other to commit wire fraud, in violation of Title 18, United States Code, Section 1343, by devising a scheme and artifice to defraud as to a material matter and to obtain money by means of materially false and fraudulent representations, through the NTS IT Care, Inc., and NTS Global Services, Pvt. Ltd. "pop-up warning" scheme, and used, and caused to be used, wire communications in interstate and foreign commerce to carry out an essential part of the scheme.

      All in violation of Title 18, United States Code, Section 1349.

INFORMATION

FORFEITURE ALLEGATION:      18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) (Forfeiture of Wire Fraud Proceeds)

Upon a conviction for the offense alleged in this Information, the defendant,

JAGMEET SINGH VIRK,

shall forfeit to the United States all property, constituting and derived from proceeds traceable to said offenses, including but not limited to the following property:

(a)    a sum of money equal to the amount of proceeds obtained as a result of the offense.

If any of said property, as a result of any act or omission of the defendant-

(a)    cannot be located upon the exercise of due diligence;

(b)    has been transferred or sold to or deposited with, a third person;

(c)    has been placed beyond the jurisdiction of the Court;

(d)    has been substantially diminished in value; or

(e)    has been commingled with other property which cannot be subdivided without difficulty;

Any and all interest defendant has in any other property (not to exceed the value of the above forfeitable property), shall be forfeited to the United States pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1).

The forfeiture is authorized by Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 21, United States Code, Section 853(p) as incorporated by Title 18, United States Code, Section 982(b)(1); and the Federal Rules of Criminal Procedure 32.2.

DATED: July 22, 2020

DAVID L. ANDERSON
United States Attorney

*Daniel Kaleba*

DANIEL KALEBA
Assistant United States Attorney

INFORMATION                                    2

SEALED BY ORDER OF THE COURT

**FILED**

Jul 22 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL COVER SHEET

***Instructions:*** *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

**CASE NAME:**

USA v.  Jagmeet Singh Virk

**CASE NUMBER:**

CR  20-00299-LHK (VKD)

| | |
|---|---|
| **Is This Case Under Seal?** | Yes ✓   No |
| **Total Number of Defendants:** | 1 ✓   2-7    8 or more |
| **Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** | Yes   No ✓ |
| **Venue (Per Crim. L.R. 18-1):** | SF   OAK   SJ ✓ |
| **Is this a potential high-cost case?** | Yes   No ✓ |
| **Is any defendant charged with a death-penalty-eligible crime?** | Yes   No ✓ |
| **Is this a RICO Act gang case?** | Yes   No ✓ |

**Assigned AUSA (Lead Attorney):** Kaleba

**Date Submitted:** July 22, 2020

**Comments:**

RESET FORM    SAVE PDF

Form CAND-CRIM-COVER (Rev. 11/16)