```
 1  ISMAIL J. RAMSEY (CABN 189820)
    United States Attorney
 2
    KATHERINE L. WAWRZYNIAK (CABN 252751)
 3  Chief, Criminal Division

 4  SUSAN KNIGHT (CABN 209013)
    Assistant United States Attorney
 5  E. WISTAR WILSON (CABN 324705)
    Special Assistant United States Attorney
 6
         150 Almaden Boulevard, Suite 900
 7       San Jose, California 95113
         Telephone: (408) 535-5061
 8       FAX: (408) 535-5066
         Email:  Susan.Knight@usdoj.gov
 9               Wistar.Wilson@usdoj.gov

10  Attorneys for United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. CR 20-00299 PJH |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER RE: RESTITUTION** |
| v. | ) |
| JAGMEET SINGH VIRK, | ) |
| Defendant. | ) |

The United States, by and through its counsel of record, and defendant Jagmeet Singh Virk ("Defendant"), through his counsel of record, hereby stipulate as follows:

1.  On August 19, 2020, Defendant pleaded guilty to Conspiracy to Commit Wire Fraud, in violation of 18 U.S.C. § 1349.

2.  At the sentencing hearing on May 11, 2023, the Court ordered Defendant to serve twelve months and one day in custody, plus three years of supervised release, and deferred the determination of restitution.

3.  Restitution is mandatory to victims fraud. *See* 18 U.S.C. § 3663A (MVRA).

STIPULATION AND ORDER RE: RESTITUTION
CR 20-00299 PJH

Specifically, the law provides that a court "shall order…restitution" and that this restitution order "shall order restitution to each victim" through the appropriate court mechanism "in the full amount of the victim's losses as determined by the court and without consideration of the economic circumstances of the defendant." 18 U.S.C. § 3664(f)(1)(A).  A court "may not decline to issue an order under this section because of…the economic circumstances of the defendant; or… the fact that a victim has, or is entitled to, receive compensation for his or her injuries from the proceeds of insurance or any other source."  *See* 18 U.S.C. §§  3664(f)(1)(A)-(B).

4. To conserve judicial resources, to bring about a speedy resolution of this matter, and to avoid further litigation, the parties agree and jointly request that the Court, upon approval of this Stipulation, may enter an Amended Judgment to order restitution to the victims in the amounts as set forth:

 a. C.B. in the amount of  $517.98.
 b. G.P. in the amount of $399.00.
 c. H.R. in the amount of $469.17.
 d. S.S. in the amount of $399.00.
 e. J.W. in the amount of $399.00.

The above individuals are harmed as a result of a commission of a crime under Chapter 65 of Title 18, which includes Defendant's crime, as a provided in 18 U.S.C. § 3663A(a)(2).

5. Government counsel discussed this stipulation with the victims who requested and are entitled to restitution in this case.  These victims agreed to accept the restitution amounts, as specified in Paragraph 4, as full restitution.

6. The parties agree that the full amount of special assessment, fine, and restitution is due in accordance with the parties' plea agreement.

7. The parties further agree to the following payment schedule:

 a. During imprisonment, payment of criminal monetary penalties are due at the rate of not less than $25 per quarter and payment shall be through the Bureau of Prison's Inmate Financial Responsibility Program.

 b. During the supervisory period, Defendant shall pay restitution in equal monthly

STIPULATION AND ORDER RE: RESTITUTION
CR 20-00299 PJH

|   |   |
|---|---|
| 1 | installments of not less than $500.00 or at least 10% of his gross income, whichever is |
| 2 | greater, to commence 60 days after release from imprisonment to a term of supervision. |

8. Notwithstanding any payment schedule set by the court, the United States Attorney's Office may pursue collection through all available means in accordance with 18 U.S.C. §§ 3613 and 3664(m). The restitution payments shall be made to the Clerk of U.S. District Court, Attention: Financial Unit, 450 Golden Gate Ave., Box 36060, San Francisco, CA 94102.

9. The parties request that the Court issue an Amended Judgment containing the terms of paragraphs 4, 6, 7, and 8 above.

DATED: 5/26/23

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

*/s/ Susan Knight*

SUSAN KNIGHT
Assistant United States Attorney
E. WISTAR WILSON
Special Assistant United States Attorney

DATED: 5/26/23

*/s/ Bruce C. Funk*

BRUCE C. FUNK
Attorney for Defendant Virk

STIPULATION AND ORDER RE: RESTITUTION
CR 20-00299 PJH

**ORDER**

Defendant Jagmeet Singh Virk will pay a total of $2,145.14 in restitution, in the amounts specified to the individuals specified as follows:

    a.  C.B. in the amount of $517.98.

    b.  G.P. in the amount of $399.00.

    c.  H.R. in the amount of $469.17.

    d.  S.S. in the amount of $399.00.

    e.  J.W. in the amount of $399.00.

The above individuals are harmed as a result of a commission of a crime under Chapter 65 of Title 18, which includes Defendant's crime, as a provided in 18 U.S.C. § 3663A(a)(2).

The full amount of special assessment, fine, and restitution is due. During imprisonment, payment of criminal monetary penalties are due at the rate of not less than $25 per quarter and payment shall be through the Bureau of Prison's Inmate Financial Responsibility Program. During the supervisory period, Defendant shall pay restitution in equal monthly installments of not less than $500.00 or at least 10% of his gross income, whichever is greater, to commence 60 days after release from imprisonment to a term of supervision.

Notwithstanding any payment schedule set by the court, the United States Attorney's Office may pursue collection through all available means in accordance with 18 U.S.C. §§ 3613 and 3664(m). The criminal monetary penalty payments shall be made to the Clerk of U.S. District Court, Attention: Finance Unit, 450 Golden Gate Ave., Box 36060, San Francisco, CA 94102.

The Court shall issue an amended judgment.

IT IS SO ORDERED.

DATED: May 26, 2023

_____
HONORABLE PHYLLIS J. HAMILTON
Senior United States District Judge

*IT IS SO ORDERED — Judge Phyllis J. Hamilton*